# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:  CASE NO.: 6:17-bk-01974-CCJ
CHAPTER 7

Leon Clarence Hull ,

  Debtor,

Linda Grace Hull,

  Joint Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Melbalynn Fisher
Melbalynn Fisher, Esquire
Email: mfisher@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 5, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

STEPHEN R CAPLAN
CAPLAN & ASSOCIATES PA
31 N HYER AVENUE
ORLANDO, FL  32801


LINDA GRACE HULL
12644 VICTORIA PLACE
ORLANDO, FL  32828


LEON CLARENCE HULL
12644 VICTORIA PLACE
ORLANDO, FL  32828


MARIE E. HENKEL
3560 SOUTH MAGNOLIA AVENUE
ORLANDO, FL  32806




UNITED STATES TRUSTEE - ORL7/13
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100

ORLANDO, FL 32801

                    Robertson, Anschutz & Schneid, P.L.
                    Authorized Agent for Secured Creditor
                    6409 Congress Ave., Suite 100
                    Boca Raton, FL 33487
                    Telephone: 561-241-6901
                    Facsimile: 561-997-6909
                    By: /s/Melbalynn Fisher
                    Melbalynn Fisher, Esquire
                    Email: mfisher@rasflaw.com