ORDERED.

Dated: June 27, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE:                                                              CASE NO.: 6:17-bk-01974-CCJ
                                                                                   CHAPTER 7
LEON CLARENCE HULL,

    Debtor,

LINDA GRACE HULL,

    Joint Debtor.

_____/

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on for hearing on June 20, 2017 on NATIONSTAR MORTGAGE LLC's ("Secured Creditor") Motion for Relief from Stay (Docket No. 19).  The parties having agreed and the Court being advised.  Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 1510 Reade Circle, Saint Cloud, FL 34772 in Osceola County, FL, and legally described as:

> LOT 52, CANOE CREEK WOODS, UNIT 11, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 7, PAGE 144 AND

145 OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. Attorneys' fees and costs in the amount of $526.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

6. The effect of this Relief Order shall be stayed for 60 days from the entry to allow the Trustee to market and sell the property.

###

Attorney, Bouavone Amphone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

DEBTOR
LEON CLARENCE HULL
12644 VICTORIA PLACE
ORLANDO, FL 32828

JOINT DEBTOR
LINDA GRACE HULL
12644 VICTORIA PLACE
ORLANDO, FL 32828

TRUSTEE

MARIE E. HENKEL
3560 SOUTH MAGNOLIA AVENUE
ORLANDO, FL 32806

U.S. TRUSTEE
UNITED STATES TRUSTEE - ORL7/13
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

ATTORNEY FOR DEBTORS
STEPHEN R CAPLAN
CAPLAN & ASSOCIATES PA
31 N HYER AVENUE
ORLANDO, FL 32801